```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14967
   JASON ALAN ERICKSON
   CORINNE MELISSA ERICKSON                     CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9468      SSN XXX-XX-7427

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/14/06 and confirmed on 02/08/07.

   2.  The case was dismissed after confirmation, 06/27/2008.

   3.  The Debtor paid a total of $  30769.22 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOUSEHOLD RETAIL SERVICE | SECURED | 3000.00 | .00 | 150.00 |
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 26129.12 | .00 | 26129.12 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 21045.30 | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | 10700.00 | 27.46 | 819.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 14064.42 | 47.90 | 1428.00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 778.62 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| OTTAWA COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY ANESTHES | UNSECURED | NOT FILED | .00 | .00 |
| IL BONG KIM MD FACS | UNSECURED | NOT FILED | .00 | .00 |
| KURTZ AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MORRIS COMMUNITY CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | 3156.05 | .00 | .00 |
| MORRIS RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ORTHO RX INC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL PROPERTY MG | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |

```
REZIN ORTHOPEDIC CENTERS  UNSECURED       NOT FILED           .00          .00
SBC AMERITECH             UNSECURED       NOT FILED           .00          .00
SHERWIN RITZ MD           UNSECURED       NOT FILED           .00          .00
EASTERN COLLECTION CORP   UNSECURED       NOT FILED           .00          .00
DEBT RECOVERY SOLUTIONS   UNSECURED           85.29           .00          .00
SPRINT                    UNSECURED       NOT FILED           .00          .00
ROUNDUP FUNDING LLC       UNSECURED          323.22           .00          .00
VERIZON                   UNSECURED       NOT FILED           .00          .00
VITAL CARE                UNSECURED          278.60           .00          .00
MIDLAND CREDIT MGMT       UNSECURED          234.20           .00          .00
DEPARTMENT OF HUD         SECURED              .00            .00          .00
```

Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED   74938.84          .00      4855.98          .00      79794.82
PRINCIPAL PAID       28526.12          .00          .00          .00      28526.12
INTEREST PAID           75.36          .00          .00          .00         75.36
TOTAL PAID           28601.48          .00          .00          .00      28601.48
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $   1700.00   direct and $      .00   through the plan.

The Trustee received $    1429.28 .

Refunds to the Debtor totaled $    738.46 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 06 B 14967 JASON ALAN ERICKSON & CORINNE MELISSA ERICKSON